FILED
IN CLERKS OFFICE

2022 MAY 16 PM 1:46

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PANKAJ MERCHIA,<br>    Plaintiff, | )<br>)<br>) |
| v. | )   CIVIL ACTION<br>)<br>)   No. _____ |
| Joseph Braga,<br>Dan Bennett,<br>Jason Granai,<br>Polly Selkoe,<br>Jesse Geller,<br>Mark Zuroff,,<br>Johanna Scheider,<br>Kate Poverman,<br>Lark Palermo,<br>Stephen Chiumenti,<br>Randolph Meiklejohn,<br>The Town of Brookline,<br>Building Department of Brookline,<br>Zoning Board Of Appeals Of Brookline,<br>and unnamed Employees and Agents of the Town of Brookline,<br>and unnamed collaborators of above,<br>each of the above in their individual and official capacities<br>    Defendants. | |

## COMPLAINT

### Parties

1. Plaintiff Dr. Pankaj Merchia is a physician, scientist, engineer, and entrepreneur who is a citizen of the United States and a citizen of the State of Florida with a domicile at 2715 Spanish River Road, Boca Raton, Florida. Plaintiff is also a part year resident of Massachusetts where he lives part of the year at the Home with his children.

1

2. Defendant Town of Brookline is a town in Massachusetts with a Building Department and Zoning Board of Appeals.

3. Defendants Joseph Braga, Dan Bennett, and Jason Granai are natural persons, were employees of the Brookline Building Department at relevant times and are believed to be residents and citizens of Massachusetts.

4. Defendant Polly Selkoe is a natural person and was an employee of the Brookline Planning Department at relevant times and are believed to be residents and citizens of Massachusetts.

5. Defendants Jesse Geller, Mark Zuroff,, Johanna Scheider, Kate Poverman, Lark Palermo, Stephen Chiumenti, Randolph Meiklejohn are natural persona and were members of the Brookline Zoning Board of Appeals at relevant times and are believed to be residents and citizens of Massachusetts

## Jurisdiction

6. US District Court has jurisdiction since the US Federal constitution was violated, the amount affected is over $75,000, Plaintiff and Defendant are citizens of Different states, and race based discrimination is an issue.

## Venue

7. The Home is in Massachusetts and relevant actions occurred in Massachusetts.

**Facts**

8. In 2017 Plaintiff along with his partner and her parents, four naturalized US Citizens, purchased the home and grounds at 617 and 615 Boylston St, Brookline, MA (the "Home") for use by themselves and their children / grandchildren. Since they are minorities with uncommon last names, they deeded the property in the name of an LLC which Plaintiff formed for the single purpose of holding the publicly recorded deed for the home.

9. In or about May 2019 Plaintiff sought to oppose the Town Of Brookline Zoning Board of Appeals issuing a special permit for the construction of a development adjacent to his Home at a hearing of the Brookline Zoning Board of Appeals. At the hearing Defendants Mark Zuroff, Johanna Schneider, and Randolph Meiklejohn of

2

    the Brookline Zoning Board of Appeals, Joseph Braga of the Brookline Building Department, and Polly Selkoe of the Brookline Planning Department violated Plaintiff's rights that are protected under the United States Constitution including the right to reasonable notice and to be heard which includes the right to respond in a reasonable time and to have what one says in writing and verbally considered prior to making a decision.

10. At the hearing Joseph Braga guided the Zoning Board of Appeals on the zoning bylaw opposing Plaintiffs opposition to the special permit.
11. On May 16, 2019 the Brookline Zoning Board of Appeals granted the special permit stating that it acted in part based on the guidance of Mr. Braga.
12. In June 2019 Plaintiff sued the Brookline Zoning Board of Appeals in Massachusetts Land Court (19-MISC-269).
13. In July 2019 Defendant Joseph Braga, Assistant Commissioner of the Brookline Building Department, began harassing Plaintiff including demanding an unconstitutional search of the Home, placing a Scarlet Letter on the Home, blocking moving a children's swing set in the yard, and otherwise making it impossible for Plaintiff to comfortably and safely live at, use, conduct lawful maintenance to, and make lawful improvements to the Home (effectively committing a regulatory taking and inverse condemnation of the Home).  Building Commissioner Dan Bennet and inspector Jason Granai partook in these activities..
14. In January 2020 Defendant Joseph Braga told Plaintiff **"You ought to know better boy"** in response to Plaintiff asking why he was stopping Plaintiff from having his daughter's swing set moved in his yard.
15. Later, after the swing set and grounds had been damaged and left unusable for some time, Defendant said Plaintiff may move his daughter's swing set since no permit was ever required.  However, they never removed the Scarlet Letters or paid for a replacement swing set.
16. To this day, Scarlet colored Letters of stop work orders are affixed to the Home and the swing set lays on its side and in disrepair, the grounds in shambles, and the home in disrepair.

## Counts

17. Defendants have and continue to unlawfully effectively take Plaintiff's property by branding it with Scarlet Letters unless he submits to an unconstitutional search

18. Defendants have unlawfully effectively taken Plaintiff's property by limiting its use, maintenance, and improvement by requiring an unconstitutional search prior to issuing building permits.

19. Defendants have and continue to unlawfully effectively take Plaintiff's property by reducing its value by allowing a development that violates the zoning bylaws to be built next door

20. Defendants actions were based on unlawful discrimination on the basis of race.

**Relief**

WHEREFORE, Plaintiff prays this Court for the following relief:

(1)   Award on all Counts judgment in favor of plaintiff in an amount to be established at trial, plus costs of suit herein including Plaintiff's attorney's fees;

(2)   Award such further and other relief in favor of Plaintiff that this Court deems just and equitable.

## Jury Demand

Plaintiff hereby demands trial by jury on all issues and claims in this matter triable to a jury.

/s/ *Pankaj Merchia*
Pankaj Merchia
2715 Spanish River Rd
Boca Raton, FL 33432
Direct: 561-235-2048
Mail pmerchia@gmail.com

Dated: May 12, 2022