UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **PANKAJ MERCHIA,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-10762-DJC |
| | ) | |
| **JOSEPH BRIGGS, et al.,** | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

CASPER, J.                                                                                                                February 21, 2023

After *pro se* Plaintiff failed to comply with the Court's October 12, 2022 Electronic Order, D. 6, the Court dismissed this action without prejudice on February 17, 2023. D. 9.  Later that day, Plaintiff moved for reconsideration of the dismissal stating that he "did not receive Dkt #6 'advis[ing] that if [I] wished to proceed with this action, [I] must either pay the filing fee or move for leave to proceed in forma pauperis.'" D. 11 at 1.  Plaintiff states that the first ECF notice that he received was the Electronic Order of Dismissal, D. 9.  Id. at 1.  Also on February 17th, Plaintiff initiated payment of the filing fee through his bank.  Id. at 4.

The Court docket indicates that the Court entered three electronic orders on October 12, 2022, D. 6 – 8, including an order granting Plaintiff leave to file electronically.  D. 8.  It appears that the Clerk's Office mailed two of the three orders to Plaintiff,  but it is not clear that D. 6 was sent to Plaintiff, although that Order, D. 6, has appeared on CM/ECF since it was entered on October 12, 2022.  The Court notes that Plaintiff has had access to CM/ECF since October 12, 2022 when the Court granted his request for leave to file electronically.  D. 8.

Nevertheless, given these circumstances, including Plaintiff's prompt motion for reconsideration and arrangements to pay the filing fee, the Court GRANTS  Plaintiff's motion

for reconsideration, D. 11, the Court's February 17, 2023 Order of Dismissal, D. 10, is hereby vacated. The Clerk shall reopen this action and Plaintiff is granted an extension until March 10, 2023, to pay the $402.00 filing fee.

    **SO ORDERED.**

/s Denise J. Casper<br>
Denise J. Casper<br>
United States District Judge