UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

PANKAJ MERCHIA,

Plaintiff,

v.

Joseph Braga et al.

Defendants.

Civil Action

No. 1:22-cv-10762-DJC

## **MOTION FOR STAY OR IN THE ALTERNATIVE, EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

I, Plaintiff, Dr. Pankaj Merchia, a *pro se* medical doctor who loves caring for patients and doing research on obstructive sleep apnea, who graduated from Johns Hopkins at the age of 18, went to Harvard Medical School & MIT, did a residency at Duke University, and did a fellowship at Harvard/BWH, hereby move this honorable court to stay this case for the following reasons:

1. I have been overwhelmed with circumstances I could never have imagined.

2. For many years insurers were sent monthly healthcare claims for thousands of patients under my name from CPAP supply companies where I served as medical director.  One of the thousands of patients was a relative of mine with the same uncommon last name, and hence the claims clearly showed our relationship.

3. On August 30, 2018 the "Insurer" for my relative emailed the biller for the CPAP companies to change the name from my name to the CPAP companies' names due to a bug in the Insurer's computer systems.  The biller followed the Insurer's instructions and changed the name, just as the Insurer had emailed.[1]

4. On March 12, 2019 the Insurer overpaid claims due to another bug in the Insurer's computer systems.

---

[1] The name change affected claims for all thousands of patients.

5. On October 23, 2019 the Insurer attempted to extort me by threatening to accuse me of fraud because the biller had done the name change the Insurer had directed. I resisted because it didn't feel right to give-in to extortion. In retrospect, for my children's sake, I should have succumbed.

6. On November 6, 2019 the Insurer maliciously falsely accused me of fraud because the biller had followed the Insurer's emailed direction to change the name.

7. Exhibits proving every word that I have written above are in US District Court for DC case number 1:23-cv-03913 ECF # 42.

8. On December 15, 2022 I was indicted for healthcare fraud based upon the Insurer's false accusations. Exculpatory evidence does not appear to have been presented to the Grand Jury. This day was the 5-year anniversary of the day that a wire was sent to purchase the home that is the basis of this case. A forfeiture charge was made against the home.

9. For the past 24 months, my life, and the lives of my minor children, have been a nightmare.

10. In addition to the above challenge, I and my family have had multiple health issues, some of which I have reported to the court. An additional issue includes my father having a cardiac arrest which took him to the hospital 9 days ago.

In the event this court is unable to stay this case, then please grant me a 3-month extension to respond to Defendant's motion to dismiss.

Defendant, the Town of Brookline, and its staff will not be prejudiced by staying this case until the healthcare fraud case and related cases are resolved.

I will be prejudiced by having to pursue this case during the pendency of the healthcare fraud case and related cases.

    Pro se Plaintiff had emailed defendant previously requesting assent to an extension and he had declined.

                        Humbly and Respectfully submitted,

                        /s/Pankaj Merchia

                        Pankaj Merchia, M.D.

                        Voice: 617-401-8929

                        Email: pmerchiaLeg al @ gmail.co m

**Certificate of Service**

I, Pankaj Merchia, hereby attest that on the date this motion is accepted by the court's ECF system, I understand that Defendants shall be served a copy of the same.

/s/Pankaj Merchia, M.D.

Pankaj Merchia