UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

PANKAJ MERCHIA,

Plaintiff,                                                                                  Civil Action

v.                                                                                                 No. 1:22-cv-10762-DJC

Joseph Braga et al.

Defendants.

### MOTION TO RECONSIDER DISMISSAL AND GRANT
### TWO WEEKS (2 WEEKS) OR AT LEAST THE WEEKEND TO RESPOND

Plaintiff, Dr. Pankaj Merchia, pro se, hereby moves this honorable court to reconsider its order of dismissal a few moments ago and grant him two weeks, or at least this weekend, to respond, in light of the health and false accusation challenges he has faced as detailed in his prior filings with this court.

Defendants will not be prejudiced by a two week (2 week), or this weekend, extension.

Humbly and Respectfully submitted,

/s/Pankaj Merchia

Pankaj Merchia, M.D.

Voice: 617-401-8929

Email: pmerchiaLeg al @ gmail.co m

<u>Certificate of Service</u>

I, Pankaj Merchia, hereby attest that on the date this motion is accepted by the court's ECF system, I understand that Defendants shall be served a copy of the same.

/s/Pankaj Merchia, M.D.

Pankaj Merchia