UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

PANKAJ MERCHIA,

Plaintiff,

v.

Joseph Braga et al.

Defendants.

Civil Action

No. 1:22-cv-10762-DJC

## MOTION TO RECONSIDER DISMISSAL
## AND
## STAY

Plaintiff, Dr. Pankaj Merchia, *pro se*, hereby moves this honorable court to reconsider its order in ECF #53 and all other orders dismissing this complaint and asks this court to stay this case during the pendency of 1:22-cr-10355 for the following reasons:

Dr. Merchia is consumed by a malicious-prosecution defense. On **December 15 2022** the government returned a four-count health-care-fraud indictment against Dr. Merchia (ECF 1). Twelve days after he filed his *Request for Essential Facts* (ECF 45, **Jan 18 2023**), prosecutors jettisoned that pleading and, on **February 2 2023**, secured a nine-count superseding indictment that (i) added a co-defendant, (ii) introduced an IRS conspiracy charge premised on a $30 million 2008 transaction the IRS had already conceded, and (iii) piled on four individual tax-evasion counts.

Those criminal proceedings have continued through today without let-up. The timeline thus overlaps the very period in which this Court entered the dismissal order. As

the attached one- and five-page summaries show, the defense has required Dr. Merchia to analyze hundreds of thousands of pages of tax-court stipulations and decisions, medical-billing records, and grand-jury materials, and to prepare simultaneous filings in the District of Columbia and the First Circuit.

Details are in the attached Exhibit A.

In **Klapprott v. United States, 335 U.S. 601, 613-15 (1949)** found that an individual weighed down by a criminal indictment was entitled to time to address civil matters. Courts routinely apply *Klapprott* where "exceptional pressure of other litigation" justifies delay—especially for *pro se* litigants. See, e.g., **Choice Hotels Int'l v. Bon Amici Milano LLC, 635 F. App'x 214, 215-16 (4th Cir. 2015)** (unpublished).

Government Defendants will not be prejudiced by this motion.

Humbly and Respectfully submitted,
/s/Pankaj Merchia
Pankaj Merchia, M.D.
Email: pmerchiaLeg al @ gmail.co m

**Certificate of Service**

I, Pankaj Merchia, hereby attest that on the date this motion is accepted by the court's ECF system, I understand that Defendants shall be served a copy of the same.

/s/Pankaj Merchia, M.D.

Pankaj Merchia